## Commonwealth *v.* Hargrove, Appellant.

Submitted November 8, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Alexander Hemphill,* for appellant.

OPINION PER CURIAM, December 20, 1971:
Order affirmed.